# Exhibit 146

Peter Wells - May 27, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO.  18-CV-09797
 3

 4    _____
                                         )
      IN RE:                             )
 5                                       )
      CUSTOMS AND TAX ADMINISTRATION OF  )
 6    THE KINGDOM OF DENMARK             )
      (SKATTEFORVALTNINGEN) TAX REFUND   )
 7    SCHEME LITIGATION                  )
                                         )
 8    _____)

 9

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                     PETER WELLS

17                  DATE: May 27, 2021

18

19

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Peter Wells - May 27, 2021

1        A     I recall that Michael Ben-Jacob was

2    the partner in charge of the project, and

3    that he had -- and that there had been

4    discussions that I do recall him being

5    involved in about beneficial ownership.

6        Q     And what do you recall generally

7    about the discussions with Mr. Ben-Jacob as

8    to whether the plan could accurately

9    represent that it was the beneficial owner?

10       A     I recall that it was an issue that

11   was being actively discussed.

12       Q     And do you recall the conclusion to

13   that discussion?

14       A     I don't recall specifically the

15   conclusion to that discussion.

16       Q     Do you recall generally what the

17   conclusion of that discussion was?

18       A     My recollection is generally the

19   conclusion was that -- that there was comfort

20   making that -- making that representation.

21       Q     Do you recall what the basis for

22   that conclusion was?

23       A     I do not recall.

24       Q     And do you recall what the comfort

25   was for the basis for making that

Peter Wells - May 27, 2021

1       A    I don't recall.

2       Q    If you turn to Exhibit 3108?

3            MR. MAGUIRE:  Mark this as 3108.

4            (Whereupon the above mentioned was

5       marked for Identification.)

6       Q    Is this an e-mail you received from

7   Adam LaRosa on or about May 11 of 2013?

8       A    Yes, this looks like an e-mail from

9   Adam LaRosa to me on Saturday, May 11, 2013.

10      Q    The subject is "FBAR Reporting."

11           What is that?

12      A    FBAR is a Treasury reporting form.

13      Q    And did Kaye Scholer perform

14  services for the Argre group in connection

15  with FBAR reporting?

16           MR. DEWEY:  Objection.

17      A    Kaye Scholer generally provided

18  advice to clients about FBAR reporting.

19  Argre Management was one of the clients that

20  we -- that I recalled providing FBAR advice

21  to from time to time.

22      Q    In the e-mail, it says, "Peter, in

23  addition to the other e-mail I sent just now,

24  here is an example of an account that

25  actually did have cash in it."

Peter Wells - May 27, 2021

1    excuse me.

2          It may have been the case that

3    FBARs were -- the thresholds for FBAR filings

4    may not have been met.  And so we were

5    providing a statement indicating that even if

6    it didn't technically meet the definition of

7    the threshold filings, we were filing anyway.

8          Q    So when you say "the threshold,"

9    there's -- the FBAR had a -- had sort of a

10   minimum amount that you had to have in your

11   account before you were required to submit an

12   FBAR.

13          Is that right?

14          A    Among other things, yes.

15          Q    And if the value of the account was

16   below that threshold, then there was no

17   requirement to file?

18          A    That is one of the requirements,

19   yes.

20          Q    And the purpose of this statement

21   was to explain that you were filing anyway

22   even though the value of the account was

23   below the -- that minimum threshold?

24          A    That's correct.

25          Q    If you could turn to Exhibit 2240?

Peter Wells - May 27, 2021

1      coming up with names for the entities.

2          Q    If you turn to Exhibit 2188, is

3      this an e-mail --

4          A    Yeah.

5          Q    -- that you received from Mr. Van

6      Merkensteijn around June 19, 2014?

7          A    Yes, it appears to be an e-mail

8      from John Van Merkensteijn June 19, 2014.

9          Q    If you go to the last page of the

10     exhibit, you'll see Mr. Van Merkensteijn

11     e-mails Amy Gregory.

12         A    (Witness reviewing.)

13              I see that e-mail, yes.

14         Q    Who is Amy Gregory?

15         A    She was a paralegal at

16     Kaye Scholer.

17         Q    Mr. Van Merkensteijn says, "Amy, I

18     think we left you with the task of coming up

19     with 30 dissimilar random names for LLC and

20     plans."

21              Do you see that?

22         A    I do.

23         Q    And then you respond on the prior

24     page.

25              Do you see that?

Peter Wells - May 27, 2021

```
 1        A    I do.
 2        Q    You say, "John, as discussed, here
 3   is our stab at 30 names for the LLCs," and
 4   you list 30 names.
 5             Right?
 6        A    That's correct.
 7        Q    And who came up with those names?
 8        A    My recollection is that I came up
 9   with a number of the names.
10        Q    Okay.  Who came up with the rest of
11   the names?
12        A    I don't recall.
13        Q    Did you come up with all of the
14   names?
15        A    I don't recall.
16        Q    How did you come up with the names?
17        A    I don't recall specifically how I
18   came up with the names, other than just
19   thinking of them.
20        Q    Was the process random?
21             MR. DEWEY:  Objection.
22        A    I don't know what you mean by
23   "random."
24        Q    Well, you see, Mr. Van Merkensteijn
25   referred to "coming up with 30 dissimilar
```

Peter Wells - May 27, 2021

1          Q    Do you recall that SKAT paid the

2     reclaim agents, and then Acupay or Goal would

3     send the money on to the plan?

4          A    I don't recall that.

5          Q    Mr. Markowitz goes on to say, "The

6     savings account is solely for the plan, and

7     that's where its share of the profit goes."

8               Do you see that?

9          A    I do.

10         Q    So did you understand that each

11    plan had a trading account as nominee or

12    agent for the partnership and a checking

13    account as nominee or agent for the

14    partnership?

15              MR. DEWEY:  Objection.

16         A    I don't recall what I understood.

17         Q    If you could turn, sir, to

18    Exhibit 3115?

19              MR. MAGUIRE:  Mark this as 3115.

20              (Whereupon the above mentioned was

21         marked for Identification.)

22         Q    Is this an e-mail that you sent on

23    or about July 25, 2014?

24         A    It appears to be an e-mail I sent

25    to Richard Markowitz on July 25, 2014.

Peter Wells - May 27, 2021

Page 99

1          Q     You'll see the subject is

2     "Brokerage Services with Ballygate."

3               What was Ballygate?

4          A     I don't recall.

5          Q     You say, "Richard, we have

6     completed the draft Ballygate questionnaires

7     for all the plans.  Attached is a sample for

8     Cavus for your review."

9               What was Cavus?

10         A     I believe Cavus was an LLC and

11    plan.

12         Q     You say, "Obviously, the

13    substantive questions were mirrored on the

14    Solo OPL."

15              Is "OPL" Old Park Lane?

16         A     I believe that is correct.

17         Q     And then attached we have the

18    "Ballygate Capital, Limited, Institutional

19    Customer, New Account" form.

20              Right?

21         A     Correct.

22         Q     And were all these new customers,

23    all the plans, were they signed up as

24    institutional customers?

25         A     I don't recall.

Peter Wells - May 27, 2021

Page 100

```
1          Q    And you'll see Section A is the
2     Cavus Systems LLC Roth 401(k) Plan as the
3     customer?
4          A    That's what the form says, yes.
5          Q    And that's the -- that was the
6     plan.
7               Right?
8          A    That's what the form says, yes,
9     correct.
10         Q    So the plan was opening a customer
11    account with Ballygate, the broker.
12              Right?
13         A    I don't recall the specifics.
14         Q    But you see that this customer here
15    is Cavus Systems plan.
16              Right?
17         A    The form says they are the
18    customer, correct.
19         Q    And down at the bottom of this
20    page, it has the "Place of Business Address."
21              Right?
22         A    Correct.
23         Q    And the address is care of Cavus
24    Systems LLC, 425 Park Avenue.
25              What address is that?
```

Peter Wells - May 27, 2021

Page 101

```
1          A     That was Kaye Scholer's address.

2          Q     And was Kaye Scholer's address used

3     for all of these plans?

4          A     I don't recall if it was or wasn't.

5          Q     Why was Kaye Scholer's address

6     used?

7          A     I think for administrative

8     assistance, administrative use.

9          Q     And then, how did Kaye Scholer

10    handle the mail to the plans at its office

11    address?

12         A     I don't recall.

13         Q     Did you get the mail?  Was it

14    routed to you?

15         A     I don't recall.

16         Q     Do you know who had access to the

17    mail for the plans that came in to

18    Kaye Scholer's offices?

19         A     I don't recall knowing one way or

20    the other.

21         Q     Now, if you turn to the page that's

22    Bates numbered 676, you'll see there's a box

23    around the middle of the page that says

24    "Source of Funds for Investments or Trading?"

25               It says, "Any contributions made by
```

Peter Wells - May 27, 2021

Page 137

```
 1      specific line of questioning?

 2          Q    Generally.

 3          A    I don't recall if I prepared any

 4     letters or forms of letters for them.

 5          Q    What about the letter -- the last

 6     letter, the RAK Investment Trust letter?

 7     Do you have any recollection of having any

 8     role in preparing that?

 9          A    I don't have any recollection

10     either way.

11          Q    If you could turn to Exhibit 3123?

12              MR. MAGUIRE:  Mark this as 3123.

13              (Whereupon the above mentioned was

14          marked for Identification.)

15          A    Okay.

16          Q    Is this an e-mail you received from

17     Mr. Markowitz on or about June 22?

18          A    (Witness reviewing.)

19              Yes, it appears to be a letter from

20     Routt Pension.com from June 22, 2015.

21          Q    And that's from Mr. Markowitz, is

22     your understanding.

23              Right?

24          A    I believe so, yes.

25          Q    And the subject is "Form SLT
```

Peter Wells - May 27, 2021

Page 138

```
 1     Holdings?"
 2          A    That's correct.   That's what the
 3     subject is.
 4          Q    What is -- what does that refer to?
 5          A    Form SLT was one of the Treasury
 6     forms.
 7          Q    And did you prepare any of those
 8     forms?
 9          A    My recollection is I worked
10     with -- in conjunction with others to prepare
11     those forms.
12          Q    And who are the people that you
13     worked in conjunction with?
14          A    So my recollection is, among
15     others, it would have been the principals and
16     employees of Argre, as well as Michael
17     Ben-Jacob, and some other associates at
18     Kaye Scholer.
19          Q    And after the establishment of
20     Maple Point and before you left Kaye Scholer
21     to go to -- to become employed at Maple Point
22     during that period of time when you were
23     still at Kaye Scholer, did you work on
24     any -- filing any forms with the Fed or the
25     Treasury?
```

Peter Wells - May 27, 2021

Page 139

```
 1              MR. DEWEY:  I'm sorry.  Can you --
 2        A     That confused me.  Can you give
 3   that to me again, please?
 4        Q     Yeah, just in terms of time frame,
 5   I'm asking you about the time when you were
 6   at Kaye Scholer.
 7        A     Yeah.
 8        Q     But at some point while you were
 9   still at Kaye Scholer, Maple Point was being
10   set up.
11              Correct?
12        A     That is correct.
13        Q     Now, you joined and became employed
14   by Maple Point after it had already been
15   operating for a while?
16        A     That's correct.
17        Q     So during the time that you were at
18   Kaye Scholer, did you work with anyone at
19   Maple Point in connection with any Fed or
20   Treasury forms or filings?
21        A     I don't recall.
22        Q     During the time you were at
23   Kaye Scholer, during this time -- we're
24   looking at Exhibit 3123 -- did you understand
25   that you needed this information from
```

Peter Wells - May 27, 2021

Page 140

```
 1      Mr. Markowitz in order to prepare the

 2      Form SLT holdings?

 3              THE WITNESS:  I didn't catch the

 4          end of his question.

 5          Q    Let me start over.

 6          A    Sure.

 7          Q    Did you understand Mr. Markowitz

 8      was providing this information in

 9      Exhibit 3123 so you could prepare the

10      Form SLT?

11          A    I don't recall what I -- what my

12      understanding was at the time.  But

13      certainly, the information, I -- we needed

14      the information provided to us from the

15      clients in order to prepare the Form SLT.

16          Q    And if you turn to Exhibit 3122?

17              MR. MAGUIRE:  Mark this as 3122.

18              (Whereupon the above mentioned was

19          marked for Identification.)

20          Q    This is a Form SLT for the Avanix

21      Management LLC Roth 401(K) Plan?

22          A    Yes, that appears to be the case.

23          Q    And is this for the date as of

24      May 29, 2015?

25          A    Yes, that's what it appears to say.
```